William Scott DAVIS, Jr., on behalf of and as next friend of J.F.D., a minor, Plaintiff-Appellant,

and

J.F.D., a minor, Plaintiff,

v.

Melanie A. SHEKITA, Individually and as a Wake County NC Assistant District Attorney for the State of North Carolina; Michelle Savage, individually and as a Police Detective for the Cary North Carolina Police Department; Danielle Doyle, individually and as a Wake County North Carolina Department of Health and Human Services Child Protective Services Social Worker; Eric Craig Chasse, individually and as a Wake County North Carolina Family Court Judge; Mike Easley, individually and as Governor of the State of North Carolina; Beverly Perdue, individually and as Governor of the State of North Carolina, Defendants-Appellees.

No. 16-1526

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

William Scott Davis, Jr., Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying eight motions in a closed civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Shekita, No. 5:12-cv-00504-H (E.D.N.C. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED